# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ANGELA N. DAVIDSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO. CIV-17-1258-HE |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff Angela Davidson filed this case seeking judicial review of the Social Security Administration's determination that she is not disabled under the Social Security Act. The matter was referred to U.S. Magistrate Judge Gary Purcell for initial proceedings consistent with 28 U.S.C. § 636(b)(1)(B), (b)(3), and Fed.R.Civ.P. 72(b). Judge Purcell has submitted a Report and Recommendation recommending that the Commissioner's decision be affirmed.

The parties were advised of their right to file an objection to the Report. Plaintiff has filed an objection to the Report, triggering *de novo* review by the court as to the issues as to which objection is made. The background of proceedings is set forth in the Report and need not be repeated here.

Plaintiff's objections to the Report are perfunctory, essentially limited to repeating the arguments included in her prior briefs. Notwithstanding the limited additional discussion, the court has conducted the necessary *de novo* review of the matters to which objection has been made and concludes, for substantially the reasons stated by Judge

Purcell, that the Report [Doc. #21] should be and is **ADOPTED**.  The judgment of the Commissioner is **AFFIRMED.**

**IT IS SO ORDERED.**

Dated this 14th day of August, 2018.

JOE HEATON
CHIEF U.S. DISTRICT JUDGE